IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HAROLD THOMAS, JR,

    Petitioner,

v.                                                 CASE NO. 5:11-cv-00332-MP-EMT

KENNETH S TUCKER, et al.,

    Respondents.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 10, 2012. (Doc. 29). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus and a certificate of appealability are denied.

**DONE AND ORDERED** this *3rd* day of October, 2012

                                      *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge